# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NATHANIEL KENT                                                            PLAINTIFF

v.                                    No. 3:15-cv-326-DPM

LIBERTY MUTUAL INSURANCE
COMPANY                                                                   DEFENDANT

## ORDER

Neither Kent nor Liberty Mutual has responded to the Court's December request for more information about how Kent's claim passed through bankruptcy into his hands. № 23. But, that issue will probably be ventilated in due course, if it matters. Liberty Mutual's request to lift the stay and get a Scheduling Order, № 22, is granted. Stay lifted. An Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 January 2018