IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL KENT                                            PLAINTIFF

v.                          No. 3:15-cv-326-DPM

LIBERTY MUTUAL INSURANCE
COMPANY                                                   DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2018